UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BERNARD SCOTT, | C/A No. 4:17-3100-RBH-TER |
| Plaintiff, | |
| vs. | |
| | ORDER |
| PATRICIA RAY, ALLISON DAYS, ANGELA SUMPTER, AND CPL. SHANNON, | |
| Defendants. | |

In his complaint and in his response to Defendants' motion for summary judgment, Plaintiff appears to raise an issue of changes in classification as a form of retaliation after filing a grievance. The Defendants are given twenty days from the date of this order to brief this issue including, but not limited to, the relevance of Martin v. Duffy, 858 F.3d 239 (4th Cir. 2017). Thereafter, Plaintiff shall have fifteen days to file a response.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

October 11, 2018
Florence, South Carolina